# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, David E. | Eastern District of Wisconsin | 10/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ✔ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>09/30/2019 |

**7. Chambers or Office Address**

517 E. Wisconsin Avenue
Milwaukee, WI 53202

*IMPORTANT NOTES:* **The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.**

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | UW Hospitals & Clinics Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Ameritrade Revocable Trust Account (H) | | | | | | | | | |
| 2. TD Ameritrade Cash Equivalent (FDIC Insured Account) | A | Interest | J | T | | | | | |
| 3. DFA Tax Managed US Targeted Value Mutual Fund | A | Dividend | J | T | | | | | |
| 4. DFA US Small Cap I Mutual Fund | A | Dividend | K | T | | | | | |
| 5. DFA US Large Cap Value I Mutual Fund | A | Dividend | L | T | | | | | |
| 6. DFA US Large Cap Equity Mutual Fund | A | Dividend | L | T | Sold (part) | 01/24/19 | K | | |
| 7. | | | | | Sold (part) | 07/10/19 | J | | |
| 8. Powershares FTSE RAFI US 1000 ETF | A | Dividend | K | T | Sold (part) | 01/24/19 | J | | |
| 9. Oppenheimer Global Y Mutual Fund | | None | L | T | | | | | |
| 10. Tweedy Browne Worldwide High Dividend Yield Mutual Fund | A | Dividend | K | T | Sold (part) | 07/10/19 | J | | |
| 11. | | | | | Sold (part) | 09/13/19 | J | | |
| 12. DFA Emerging Markets Value Mutual Fund | A | Dividend | J | T | | | | | |
| 13. Oppenheimer Developing Markets Y Mutual Fund | | None | J | T | | | | | |
| 14. American Funds Limited Term Tax Exempt Bond F-2 Mutual Fund | A | Dividend | K | T | Buy (add'l) | 09/13/19 | J | | |
| 15. American Funds High-Income Municipal Bond F-2 Mutual Fund | A | Dividend | K | T | | | | | |
| 16. AMG GW&K Municipal Bond I Mutual Fund | B | Dividend | L | T | Sold (part) | 01/24/19 | K | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TD Ameritrade IRA (H) | | | | | | | | | |
| 19. TD Ameritrade Cash Equivalent (FDIC Insured Account) | | None | J | T | | | | | |
| 20. DFA US Targeted Value Mutual Fund | B | Dividend | M | T | | | | | |
| 21. DFA US Small Cap I Mutual Fund | A | Dividend | L | T | | | | | |
| 22. DFA US Large Cap Value I Mutual Fund | C | Dividend | N | T | Sold (part) | 09/13/19 | J | | |
| 23. PIMCO RAE Fundamental Plus I Mutual Fund | C | Dividend | M | T | | | | | |
| 24. DFA International Value I Mutual Fund | A | Dividend | K | T | | | | | |
| 25. DFA International Small Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 26. DFA International Small Cap Mutual Fund | A | Dividend | J | T | | | | | |
| 27. DFA Large Cap International I Mutual Fund | A | Dividend | K | T | | | | | |
| 28. Oppenheimer Global Y Mutual Fund | | None | K | T | | | | | |
| 29. Tweedy Browne Global Value Mutual Fund | | None | K | T | | | | | |
| 30. American Funds New World F-2 Mutual Fund | | None | K | T | Buy (add'l) | 09/13/19 | J | | |
| 31. DFA Emerging Markets Small Cap Mutual Fund | A | Dividend | J | T | | | | | |
| 32. DFA Emerging Markets Mutual Fund | A | Dividend | J | T | | | | | |
| 33. DFA Emerging Markets Value Mutual Fund | A | Dividend | K | T | | | | | |
| 34. Oppenheimer Developing Markets Y Mutual Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Fidelity Total Bond Z Mutual Fund | B | Dividend | L | T | | | | | |
| 36. | PIMCO Income Inst Mutual Fund | D | Dividend | M | T | Sold (part) | 09/13/19 | J | | |
| 37. | FPA New Income Mutual Fund | A | Dividend | K | T | Sold (part) | 02/04/19 | J | | |
| 38. | | | | | | Sold (part) | 02/07/19 | K | | |
| 39. | | | | | | Sold (part) | 04/23/19 | J | | |
| 40. | | | | | | Sold (part) | 07/24/19 | J | | |
| 41. | | | | | | Buy (add'l) | 09/13/19 | J | | |
| 42. | FPA Flexible Fixed Income Mutual Fund | A | Dividend | K | T | Buy | 02/07/19 | K | | |
| 43. | | | | | | | | | | |
| 44. | TD Ameritrade Spouse IRA (H) | | | | | | | | | |
| 45. | TD Ameritrade Cash Equivalent (FDIC Insured Account) | | None | J | T | | | | | |
| 46. | DFA US Targeted Value Mutual Fund | A | Dividend | J | T | | | | | |
| 47. | DFA US Small Cap I Mutual Fund | A | Dividend | K | T | | | | | |
| 48. | PIMCO RAE Fundamental Plus I Mutual Fund | A | Dividend | K | T | | | | | |
| 49. | Oppenheimer Global Y Mutual Fund | | None | K | T | | | | | |
| 50. | Tweedy Browne Global Value Mutual Fund | | None | J | T | | | | | |
| 51. | PIMCO Income Inst Mututal Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FPA New Income Mutual Fund | A | Dividend | J | T | Sold (part) | 02/04/19 | J | | |
| 53. | | | | | Sold (part) | 02/07/19 | J | | |
| 54. | | | | | Sold (part) | 04/23/19 | J | | |
| 55. | | | | | Sold (part) | 07/24/19 | J | | |
| 56. FPA Flexible Fixed Income Mutual Fund | A | Dividend | J | T | Buy | 02/07/19 | J | | |
| 57. | | | | | | | | | |
| 58. UW Credit Union Money Market Savings Account | A | Interest | K | T | | | | | |
| 59. UW Credit Union Checking & Savings Accounts | A | Interest | K | T | | | | | |
| 60. | | | | | | | | | |
| 61. University of Wisconsin TIAA CREF 403(b) Retirement Plan | | | | | | | | | |
| 62. CREF Stock | | None | K | T | | | | | |
| 63. CREF Growth | | None | L | T | | | | | |
| 64. CREF Equity Index | | None | K | T | | | | | |
| 65. CREF Global Equities | | None | K | T | | | | | |
| 66. CREF Bond Market | A | Dividend | K | T | | | | | |
| 67. CREF Social Choice | | None | K | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wisconsin Deferred Compensation 457 (H) Retirement Plan | | | | | | | | | |
| 70. American Fund EuroPacific Growth R6 Mutual Fund | A | Dividend | K | T | | | | | |
| 71. DFA US Micro Cap I Mutual Fund | A | Dividend | K | T | | | | | |
| 72. T. Rowe Price Instl Mid-Cap Equity Growth Mutual Fund | | None | K | T | | | | | |
| 73. Fidelity Contrafund Mutual Fund | | None | L | T | | | | | |
| 74. Vanguard Institutional Index Instl Plus Mutual Fund | | None | L | T | | | | | |
| 75. BlackRock US Debt Index W Mutual Fund | | None | J | T | | | | | |
| 76. Galliard Capital Management Stable Value Fund | | None | J | T | | | | | |
| 77. Federated US Government Securities 2-5 year Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, David E.** | 10/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, David E. | 10/25/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544